UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER MICHAEL DIAZ,

    Plaintiff,

v.        Case No: 6:16-cv-1057-Orl-40DCI

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on the Claimant's appeal of the Commissioner of Social Security's final decision denying his applications for disability benefits. (Doc. 1) filed on June 17, 2016. The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 26, 2017 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and against the Claimant.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 13, 2017.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties